CREATIVE COMPOUNDS, LLC,
Plaintiff–Appellant,

v.

STARMARK LABORATORIES,
Defendant–Appellee.

No. 2010–1168.

United States Court of Appeals,
Federal Circuit.

July 30, 2010.

Matthew A. Rosenberg, Law Offices of Matthew A., St. Louis, MO, for Plaintiff–Appellant.

Frederick A. Tecce, McShea Tecce, P.C., Philadelphia, PA, for Defendant–Appellee.

### ORDER

Creative Compounds, LLC, responded to the Court's July 23, 2010, order asking it to show cause why this appeal should not be dismissed as moot.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Oral argument that was scheduled for August 3, 2010 is cancelled.

(2) The appeal is dismissed as moot.

(3) The mandate shall issue in due course.